**Entered on Docket
October 26, 2010**

_____
**Hon. Gregg W. Zive
United States Bankruptcy Judge**
_____

PITE DUNCAN, LLP
EDDIE R. JIMENEZ (NV Bar #10376)
ACE VAN PATTEN (NV Bar #11731)
701 Bridger Avenue, Suite 700
Las Vegas, Nevada 89101
Telephone: (858) 750-7600
Facsimile: (619) 590-1385
E-mail: ecfnvb@piteduncan.com

MAILING ADDRESS:
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, California 92177-0933

Attorneys for   Secured Creditor WELLS FARGO BANK, N.A. ALSO KNOWN AS
WACHOVIA MORTGAGE, A DIVISION OF WELLS FARGO BANK, N.A,
AND FORMERLY KNOWN AS WACHOVIA MORTGAGE
FSB, FORMERLY KNOWN AS WORLD SAVINGS BANK, FSB

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>COLLIN MICHAEL CORNELL ,<br><br>Debtor(s). | Bankruptcy Case No. BK-N-10-52881-gwz<br><br>Chapter 7<br><br>WELLS FARGO BANK, N.A. ALSO KNOWN AS WACHOVIA MORTGAGE, A DIVISION OF WELLS FARGO BANK, N.A, AND FORMERLY KNOWN AS WACHOVIA MORTGAGE FSB, FORMERLY KNOWN AS WORLD SAVINGS BANK, FSB'S ORDER TERMINATING AUTOMATIC STAY<br>Date:    October 19, 2010<br>Time:    10:00 a.m. |

1   A hearing on Secured Creditor Wells Fargo Bank, N.A. also known as Wachovia Mortgage, a division of Wells Fargo Bank, N.A, and formerly known as Wachovia Mortgage FSB, formerly known as World Savings Bank, FSB's Motion for Relief From the Automatic Stay came on regularly for hearing in the United States Bankruptcy Court before the Honorable Gregg W. Zive.

The court having duly considered the papers and pleadings on file herein and being fully advised thereon and finding cause therefor:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

Relief from the automatic stay of 11 United States Code section 362 is hereby granted as it applies to the real property commonly known as 6459 Meadow Hill Dr, Reno, Nevada 89509-6308, which is legally described as:

**PARCEL 1:**

LOT 30 IN BLOCK 2 AS SHOWN ON THE SECOND AMENDED PLAT OF A PORTION OF MEADOWRIDGE UNIT 1-A, A DENSITY SUBDIVISION, FILED IN THE OFFICE OF THE COUNTY RECORDER OF WASHOE COUNTY, STATE OF NEVADA, ON MARCH 15, 1978.

**PARCEL 2:**

EASEMENTS AS SET FORTH IN THE DECLARATION OF RESTRICTIONS RECORDED AUGUST 19, 1977, AS DOCUMENT NO. 482613, IN BOOK 1117, PAGE 38, OF OFFICIAL RECORDS, AND THE DECLARATION OF RESTRICTIONS RECORDED MARCH 28, 1978, AS DOCUMENT NO. 522153, IN BOOK 1216, PAGE 318, OF OFFICIAL RECORDS.

APPROVED/DISAPPROVED

_____
KEITH J TIERNEY
TRUSTEE

ALTERNATIVE METHOD re: RULE 9021:

In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

☐ The court has waived the requirement of approval under LR 9021.

☐ I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objections.

☒ This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

☐ This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

☐ Approved.

☐ Disapproved.

☒ Failed to respond. –Trustee

###

Submitted by:

/s/ EDDIE R. JIMENEZ
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
(858) 750-7600
NV Bar #10376
Attorney for WELLS FARGO BANK, N.A. ALSO KNOWN AS WACHOVIA MORTGAGE, et al.